

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Geoffrey Kevin Pitcock,                          * From the County Criminal Court
                                                   No. 3 of Tarrant County,
                                                   Trial Court No. 1170491.

Vs. No. 11-13-00213-CR                           * July 30, 2015

The State of Texas,                              * Memorandum Opinion by Wright, C.J.
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.